## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

*In re* BAYCOL PRODUCTS LITIGATION          MDL NO. 1431 (MJD/SRN)

**O R D E R**

This Document Relates to:

*Annie M. Horton v. Bayer AG, et al.*          Case No. 04-3326

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson. No objections have been filed to that Report and Recommendation in the time period permitted. Accordingly, based on the Report and Recommendation and all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendant Bayer Corporation's Motion for Discovery Sanctions against Plaintiff Annie Horton (Doc. No. 11) is **GRANTED**;

2. Plaintiff Annie Horton's claims are **DISMISSED WITH PREJUDICE**; and

3. Plaintiff must pay the sum of $63.70 to Bayer Corporation within 10 days of this Order.

Dated: October 15, 2007

s / Michael J. Davis
MICHAEL J. DAVIS
United States District Court Judge